Phillip A. Talbert
United States Attorney
Michael G. Tierney
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

**FILED**

**Aug 25, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>SHANA GAVIOLA ET, AL.<br><br>                         Defendants. | CASE NO.    1:22-CR-00233 JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 25, 2022 charging the above defendant with violations 18 U.S.C. §§ 2262(A)(2) & 2 – Interstate Violation of Protection Order and Aiding and Abetting, be kept secret until the defendants named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendants are custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution

///

///

1 | of the warrants.

2

3 | DATED: AUGUST 25, 2022                    Respectfully submitted,

4                                           PHILLIP A, TALBERT
                                            United States Attorney
5
                              By      */s/ Michael G. Tierney*
6                                           MICHAEL G. TIERNEY
                                            Assistant U.S. Attorney
7

8 | IT IS SO ORDERED.

9

10 | Dated:  AUGUST 25, 2022

11                                           ~~SHEILA K. OBERTO~~
                                            U.S. Magistrate Judge
12                                          **Erica P. Grosjean, U.S. Magistrate Judge**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28