PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br>v.<br><br>SHANA GAVIOLA and JULIO SANDOVAL<br><br>Defendants. | CASE NO. 1:22-CR-000233<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND RELATED COURT FILINGS |

    The United States hereby moves this Court to unseal the Indictment and Arrest Warrants, and other court filings in this case. Defendant Gaviola surrendered to authorities on August 30, 2022 at the Fresno County Jail and is scheduled for an arraignment on August 30, 2022. Defendant Sandoval has been informed through counsel on August 30, 2022 that an arrest warrant exists. Therefore, the court filings must be unsealed to advise defendant Gaviola in open court of the charges against her, and no countervailing interest exists to keep the Indictment, Arrest Warrants, and retated court filings sealed.

DATED: August 30, 2022

                                          PHILLIP A. TALBERT
                                          United States Attorney


                                          */s/ Michael G. Tierney*
                                          MICHAEL G. TIERNEY
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHANA GAVIOLA and JULIO SANDOVAL,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:22-CR-00233<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:　**August 30, 2022**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE