PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANA GAVIOLA and JULIO SANDOVAL, <br><br> Defendants. | CASE NO. 1:22-CR-233-JLT-SKO <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **January 18, 2023.** Doc. 34. On January 4, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. *Id.* The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for January 18, 2023, be continued to March 15, 2023. Time shall be excluded from January 18, 2023, to March 15, 2023, under the Speedy Trial Act for defense

preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |  | Respectfully submitted, |
|---|---|---|---|
|  |  |  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 10, 2023 |  | By: | /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: January 10, 2023 |  | By: | /s/ Anthony P. Capozzi<br>Anthony P. Capozzi<br>Attorney for Shana Gaviola |
| DATED: January 10, 2023 |  | By: | /s/ Griffin Estes<br>Griffin Estes<br>Attorney for Julio Sandoval |

///

**O R D E R**

The status conference currently set for January 18, 2023, is hereby continued to March 15, 2023. Time shall be excluded from January 18, 2023, to March 15, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

DATED: 1/11/2022

_Sheila K. Oberto_
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE