ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile     (559) 221-7997
E-Mail:        Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SHANA GAVIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.:  1:22-CR-00233-JLT-SKO |
| Plaintiff, | |
| v. | STIPULATION and ORDER REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITION |
| SHANA GAVIOLA, | |
| Defendant. | |

Defendant by and through her counsel of record, Anthony P. Capozzi and Plaintiff, by and through its counsel of record, Michael Tierney hereby stipulates that the Location Monitoring components of the Pre-Trial release Order be removed; all other conditions to remain the same.

Ms. Gaviola's pretrial officer Jessica McConville has no objection to the modification.

IT IS SO STIPULATED:

Dated:  January 31, 2023,           */s/ Anthony P. Capozzi*
                                    ANTHONY P. CAPOZZI, Counsel for
                                    Defendant Shana Gaviola


Dated:  January 31, 2023,           */s/ Michael Tierney*

MICHAEL TIERNEY, Assistant United States Attorney.

### **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Location Monitoring components be removed from the defendant's release conditions and that all other conditions remain the same.

IT IS SO ORDER.

Dated: 2/2/2023                                          *Sheila K. Oberto*
                                                                      United States Magistrate Judge