PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANA GAVIOLA and JULIO SANDOVAL,<br><br>Defendants. | CASE NO.  1:22-CR-233-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **March 15, 2023.** Doc. 40. On February 27, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. *Id.*  The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations.  The parties have therefore agreed to stipulate to a continuance of the status conference.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for March 15, 2023, be continued to June 7, 2023. Time shall be excluded from March 15, 2023, to June 7, 2023 under the Speedy Trial Act for defense

1

preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

                                                   Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

DATED: March 7, 2023                       By:     /s/ Michael G. Tierney
                                                           Michael G. Tierney
                                                           Assistant United States Attorney

DATED: March 7, 2023                       By:     /s/ Anthony P. Capozzi
                                                           Anthony P. Capozzi
                                                           Attorney for Shana Gaviola

DATED: March 7, 2023                       By:     /s/ Griffin Estes
                                                           Griffin Estes
                                                           Attorney for Julio Sandoval

///

## **O R D E R**

The status conference currently set for March 15, 2023, is hereby continued to June 7, 2023. Time shall be excluded from March 15, 2023, to June 7, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

     IT IS SO ORDERED.

DATED: 3/7/2023

                                                                          *Sheila K. Oberto*
                                                              Hon. Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE