PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-233-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| SHANA GAVIOLA and JULIO SANDOVAL, | |
| Defendants. | |

## BACKGROUND

This matter is currently scheduled for a status conference on **June 7, 2023.** Doc. 45. On May 24, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. *Id.* The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for June 7, 2023, be continued to August 16, 2023. Time shall be excluded from June 7, 2023 to August 16, 2023 under the Speedy Trial Act for defense

1

preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |  | Respectfully submitted, |
|---|---|---|---|
|  |  |  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: May 30, 2023 |  | By: | /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: May 30, 2023 |  | By: | /s/ Anthony P. Capozzi<br>Anthony P. Capozzi<br>Attorney for Shana Gaviola |
| DATED: May 30, 2023 |  | By: | /s/ Griffin Estes<br>Griffin Estes<br>Attorney for Julio Sandoval |

///

**O R D E R**

The status conference currently set for June 7, 2023, is hereby continued to August 16, 2023.  Time shall be excluded from June 7, 2023, to August 16, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

DATED:  May 31, 2023

*Sheila K. Oberto*

Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE