ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile       (559) 221-7997
E-Mail: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SHANA GAVIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:22-CR-00233-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER REGARDING RECONVEYANCE OF REAL PROPERTY AND EXONERATION OF BOND** |
| SHANA GAVIOLA, | ) | |
| Defendant. | ) | |

On October 27, 2022, a Deed/Trust DOC-2022-0125335 was posted by Gregory Sumii, as a single man as Trustor to the U.S. District Court for the Eastern District of California, Trustee.

On September 7, 2023, an unsecured bond was posted by Gregory Sumii pursuant to the Court's Order to modify the conditions of release.

It is **ORDERED** that the property, deed/trust DOC-2022-0125335 be **RECONVEYED** to Greg Sumii.

IT IS SO ORDERED.

Dated:   **September 18, 2023**          /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

1