PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANA GAVIOLA and JULIO SANDOVAL,<br><br>Defendants. | CASE NO. 1:22-CR-233-JLT-SKO<br><br>STIPULATION AND ORDER TO SET TRIAL DATE |

## BACKGROUND

This matter is currently scheduled for a status conference on November 1, 2023. Doc. 48. On October 18, 2023, the Court directed the parties to confer regarding a trial date, which could either be discussed at the status conference or set via stipulation. *Id.* The parties have conferred and agreed to stipulate to an October 16, 2024 trial date.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for November 1, 2023, be vacated.

The parties request that a trial be set beginning on October 16, 2024. They further request a trial confirmation hearing on September 23, 2024.

1

Time shall be excluded from November 1, 2023, to October 16, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

                                              Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

DATED: October 25, 2023                      By:    /s/ Michael G. Tierney
                                                           Michael G. Tierney
                                                            Assistant United States Attorney

DATED: October 25, 2023                      By:    /s/ Anthony P. Capozzi
                                                           Anthony P. Capozzi
                                                            Attorney for Shana Gaviola

DATED: October 25, 2023                      By:    /s/ Griffin Estes
                                                           Griffin Estes
                                                            Attorney for Julio Sandoval

## **O R D E R**

The status conference currently set for November 1, 2023, is vacated.

Jury Trial is set for October 16, 2024.

A Trial Confirmation Hearing is set for September 23, 2024.

Time shall be excluded from November 1, 2023 to October 15, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

DATED: 10/26/2023

                                                            _Sheila K. Oberto_
                                                            Hon. Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE