ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile      (559) 221-7997
E-Mail:        Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SHANA GAVIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) CASE NO.:  1:22-CR-00233-JLT-SKO |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO MODIFY PRETRIAL** |
|  | ) **SPECIAL CONDITIONS AND ORDER** |
| SHANA GAVIOLA, | ) |
| Defendant. | ) |
| _____ | ) |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES**

     The United States of America by and through, Assistant United States Attorney, Michael
Tierney and the Defendant, Shana Gaviola, by and through her attorney, Anthony P. Capozzi,
hereby stipulate as follows:

     That the drug testing condition be removed from the Defendant's Pretrial Conditions
based upon the fact that the Defendant has reported as directed to Pretrial Services, has submitted
all negative drug tests, has maintained employment, and a stable residence.

IT IS SO STIPULATED.

Dated:  January 23, 2024,                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ Michael Tierney
                                             MICHEAL TIERNEY
                                             Assistant United States Attorney


Dated:  January 23, 2024,                    /s/ Anthony P. Capozzi
                                             ANTHONY P. CAPOZZI, Counsel for
                                             Defendant Shana Gaviola



## **ORDER**


It is hereby ordered that the drug testing condition be removed from Defendant, Shana Gaviola, Pretrial Release conditions.


IT IS SO ORDERED.

Dated:   **January 24, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE