| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | GRIFFIN ESTES, CA Bar # 322095 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | JULIO SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-233-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION DATE; ORDER DENYING STIPULATION TO CONTINUE TRIAL** |
| vs. | |
| JULIO SANDOVAL | Judge:  Hon. Jennifer L. Thurston |
| Defendant. | |

On August 25, 2022, an indictment was issued charging Mr. Sandoval and Ms. Gaviola with a violation of 18 U.S.C §§ 2262(a)(2) and 2. ECF Dckt. # 1. A trial date is set on October 16, 2024. ECF Dckt. # 65. A trial confirmation hearing is set on September 16, 2024. ECF Dckt. # 72.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys, that the trial currently set for October 16, 2024, be continued to February 4, 2025. The parties further request the trial confirmation hearing on currently set on September 16, 2024 be continued to January 13, 2025. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 4, 2025, for continued plea negotiations, and defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by continuing the trial, and they outweigh the interest of the public and the

1  defendants in a speedy trial.

                                                                Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                United States Attorney

Dated:  August 27, 2024                */s/ Michael Tierney*
                                                                MICHAEL TIERNEY
                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff

Dated:  August 27, 2024                HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               */s/ Griffin Estes*
                                                                GRIFFIN ESTES
                                                               Assistant Federal Defender
                                                              Attorney for Defendant
                                                              JULIO SANDOVAL

Dated:  August 27, 2024

                                                              */s/ Anthony Capozzi*
                                                                ANTHONY CAPOZZI
                                                              Attorney for Defendant
                                                              SHANA GAVIOLA

## **O R D E R**

     Counsel have provided no cause for the need to continue the trial, let alone good cause. Also, due to a months-long trial the Court will begin in January 2025, if the trial in this case is set in February 2025, the trial will be transferred to Sacramento or will be presided over by a visiting Judge. For lack of good cause, the stipulation is **DENIED without prejudice.**

IT IS SO ORDERED.

   Dated:  **August 27, 2024**                                                               Jennifer L. Thurston
                                                                                   UNITED STATES DISTRICT JUDGE