HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIO SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-233-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION DATE; ORDER** |
| vs. | |
| JULIO SANDOVAL | Judge:  Hon. Jennifer L. Thurston |
| Defendant. | |

On August 25, 2022, an indictment was issued charging Mr. Sandoval and Ms. Gaviola with a violation of 18 U.S.C §§ 2262(a)(2) and 2. ECF Dckt. # 1. A trial date is set on October 16, 2024. ECF Dckt. # 65. A trial confirmation hearing is set on September 16, 2024. ECF Dckt. # 72.

The parties submitted an earlier stipulation and proposed order to continue the trial. ECF Dckt. # 73.  The Court denied the request.  ECF Dckt. # 74. The parties submit this revised stipulation to further explain why defendants cannot be adequately prepared for trial on the currently-scheduled date of October 19, 2024.  The parties acknowledge that a trial in March 2024 may involve assignment of a visiting judge.

**STIPULATION**

 IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys, that the trial currently set for October 16, 2024, be continued to March 4, 2025. The parties further request the trial confirmation hearing currently set on September 16,

2024, be continued to January 13, 2025. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 4, 2025, for continued plea negotiations, and defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Specifically, Mr. Sandoval is requesting the continuance for several reasons. First, the defense paralegal has recently been scheduled for shoulder surgery on September 25, 2024, with a projected recovery time lasting over a month. If the requested continuance is not granted, the defense team would need to proceed to trial without the support of a paralegal who has been with the case since its inception, which would severely hinder trial preparation and the presentation of a defense on Mr. Sandoval's behalf. Second, ongoing plea negotiations have revealed the necessity to do further fact investigations, some of which is not in the Fresno area.

Additionally, Mr. Capozzi has been in trial in the following cases, in United States v. Marcus Asay, in the Eastern District of California, Case No. 1:19CR00003-DAD from April 25, 2024, completion date of June 18, 2024, and in People v. Joe Gomez, Case No. F21903570, in the Fresno Superior Court, from July 1, 2024, with a competition date of July 15, 2024, and in People v. Jagtar Singh, Case No. F23903919 from July 23, 2024, with a completion date of August 14, 2024, in the Fresno Superior Court.

Furthermore, Mr. Capozzi is scheduled for a jury trial in the Madera County Superior Court, in a 7-year-old case in People v. Greg Baronian, Case No. MCR056617 on October 1, 2024, which is scheduled for approximately four weeks.

For the reasons above, the defense needs further time to prepare the case. The parties agree that the ends of justice are served by continuing the trial, and they outweigh the interest of the public and the defendants in a speedy trial.

Respectfully submitted,

          PHILLIP A. TALBERT
          United States Attorney

Dated: August 30, 2024            */s/ Michael Tierney*
          MICHAEL TIERNEY
          Assistant United States Attorney
          Attorney for Plaintiff


Dated: August 30, 2024           HEATHER E. WILLIAMS
          Federal Defender

          */s/ Griffin Estes*
          GRIFFIN ESTES
          Assistant Federal Defender
          Attorney for Defendant
          JULIO SANDOVA


Dated: August 30, 2024

          */s/ Anthony Capozzi*
          ANTHONY CAPOZZI
          Attorney for Defendant
          SHANA GAVIOLA

## **O R D E R**

The trial currently set for October 16, 2024, is hereby continued to March 4, 2025. The trial confirmation hearing set on September 16, 2024, is hereby continued to January 13, 2025. Time shall be excluded from October 16, 2024, to March 4, 2025, under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 30, 2024**                                               
                                                          UNITED STATES DISTRICT JUDGE