ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SHANA GAVIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) CASE NO.:  1:22-CR-00233-JLT-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| SHANA GAVIOLA, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Shana Gaviola, having been advised of his right to be present at all states of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be always represented by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if defendant was personally present, and requests that this court allow his attorney-in-fact to Always represent his interests.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: _____,     By: _____
                                       SHANA GAVIOLA, DEFENDANT

Dated:  May 22, 2023,                    By: */s/ Anthony P. Capozzi*
                                                       ANTHONY P. CAPOZZI, Attorney for
                                                       SHANA GAVIOLA

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **January 13, 2025**                             _____
                                                                        UNITED STATES DISTRICT JUDGE