ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile      (559) 221-7997
E-Mail:         Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
SHANA GAVIOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:22-CR-00233-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO UPDATE THIRD-PARTY CUSTODIAN AND ORDER** |
| SHANA GAVIOLA, | ) | |
| Defendant. | ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

The United States of America, by and through, Assistant United States Attorney, Michael Tierney and the Defendant, Shana Gaviola, by and through her attorney, Anthony P. Capozzi, hereby stipulate as follows:

Frank Steven Solis, the third-party custodial for Shana Gaviola, be removed, and replaced with Alaine Jackson, who has been approved by Pre-trial services.

**IT IS SO STIPULATED.**

United States v. Shana Gaviola, Case No. 1:22-CR-00233-JLT-SKO
STIPULATION AND [PROPOSED] ORDER

Dated: April 14, 2025,                    PHILLIP A. TALBERT
                                          United States Attorney


                                          */s/ Michael Tierney*_____
                                          MICHEAL TIERNEY
                                          Assistant United States Attorney


Dated: April 14, 2025,                    */s/ Anthony P. Capozzi*_____
                                          ANTHONY P. CAPOZZI, Counsel for
                                          Defendant Shana Gaviola


## **ORDER**

It is hereby ordered that Frank Steven Solis be removed as third-party custodial and be replaced by Alaine Jackson.


IT IS SO ORDERED.

   Dated:   **April 15, 2025**                    /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE