1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:22-CR-00233-1-JLT |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| SHANA GAVIOLA, | ) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Anthony P. Capozzi is appointed to represent the above defendant in this case effective *nunc pro tunc* to June 25, 2025. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **June 26, 2025**

_____
UNITED STATES DISTRICT JUDGE