ERIC GRANT
United States Attorney
MICHAEL G. TIERNEY
VERONICA M.A. ALEGRÍA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Sep 02, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SHANA GAVIOLA and<br>JULIO SANDOVAL,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-CR-00233-JLT-SKO<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the following documents to be sealed: the Government's two exhibits pertaining to the United States' Opposition to the Defendant's Motions to Dismiss, and Government's Request to Seal shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the Defendants.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Government's exhibits serves a compelling interest.

　　　　The Court further finds that disclosure would harm the compelling interests identified by the Government. In light of the public filing of its request to seal, the Court further finds that there are no

1  additional alternatives to sealing the Government's exhibits that would adequately protect the
2  compelling interests identified by the Government.

IT IS SO ORDERED.

Dated: __September 2, 2025__

UNITED STATES DISTRICT JUDGE