THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHANA GAVIOLA and JULIO SANDOVAL,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-cr-00233-JCC<br><br>ORDER |

This matter comes before Court *sua sponte*. Defendants are charged with Interstate Violation of Protection Order and Aiding and Abetting, pursuant to 18 U.S.C. §§ 2262(a)(2) and 2. (Dkt. No. 1.) A jury trial was last scheduled on these charges to commence on October 7, 2025. (*See* Dkt Nos. 127, 128.) But on October 3, 2025, Defendant Shana Gaviola moved to dismiss. (Dkt. No. 177.) In response, the Court vacated the trial date and set the matter over for a hearing. (*See* Dkt. No. 178.) Following the resulting order, this matter was reassigned to this Court. (*See* Dkt. No. 192.) Based on the parties' later status report, (Dkt. No. 201), **the Court RESETS the trial commencement date to Wednesday, December 3, 2025**. Any necessary pretrial conference will occur at 8:30 a.m. the morning of trial. Otherwise, jury selection will commence at 9 a.m. on December 3, 2025, at the Robert E. Coyle United States Courthouse in Fresno.

The Court will not consider additional pre-trial submissions,[1] other than objections to the preliminary jury instructions and neutral statement of the case, (*see* Dkt. No. 176), due no later than November 5, 2025.

It is so ORDERED this 31st day of October 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The deadline for pre-trial submission deadlines lapsed before Defendant filed her motion to dismiss. (*See* Dkt. Nos. 128, 130.)