THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANA GAVIOLA,

Defendants.

CASE NO. 1:22-cr-00233-JCC-1

ORDER

This matter comes before the Court *sua sponte*. On April 27, 2026, the Court conducted a sentencing hearing, imposing a custodial sentence of 36 months. Defendant submitted a sentencing memorandum (Dkt. No. 281) prior to the hearing, where she described the delays at bringing this matter to trial. (*Id.* at 2–3.) On this basis, amongst others, Defendant argued for a non-custodial sentence at the hearing. (*Id.* at 7–9.) The Court affirmatively states here that none of the delays warrant a reduction in sentence. This is because Defendant's speedy trial rights (both statutory and constitutional) were respected throughout this process. Defendant stipulated to the majority of the continuances in this matter. (*See, e.g.*, Dkt. Nos. 27, 28, 36, 41, 46, 49, 64, 98), and the remainder were based on either her change in counsel or the need to consider and dispose of pretrial motions. (*See, e.g.*, Dkt. Nos. 100, 127, 166, 185.)

ORDER
CR22-0233-JCC
PAGE - 1

It is so ORDERED this 27th day of April 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE