# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )
    )
    v.    ) **Case No. 1:22-cr-00233-JCC-1**
    )
SHANA GAVIOLA,    )
  Defendant    )
_____/

## ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come to be heard before the Court on the Defendant's Motion for Permission to Travel (**Dkt 286**), and the Court having been fully apprised in this matter, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant is permitted to travel to St. Thomas Virgin Islands from May 8, 2026, to May 11, 2026, to attend her brother's wedding.

DONE AND ORDERED on this 1st day of May 2026.

*John C Coughenour*

_____
THE HON. JOHN C. COUGHENOUR
U.S. DISTRICT JUDGE