THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANA GAVIOLA,

Defendant.

CASE NO. CR22-0233-JCC-1

ORDER

This matter comes before the Court on Defendant's motion for continued release pending appeal (Dkt. No. 289).

Under 18 U.S.C. § 3143(b)(1), "a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal," must be ordered detained unless two requirements are met. First, the Court must find, by clear and convincing evidence, "that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." *Id.* § 3143(b)(1)(A). Second, the Court must find "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." *Id.* § 3143(b)(1)(B). If the Court makes both findings, it must generally order release of the person. *Id.* § 3143(b)(1).

ORDER
CR22-0233-JCC-1
PAGE - 1

However, the Court cannot make such a finding here.

Primarily at issue is the second requirement: whether a substantial question of law exists in this matter. Defendant contends that just such issues remain. (*See* Dkt. No. 289 at 5–13.) But the Court previously considered and rejected each of the issues Defendant now identifies. (*See generally* Dkt. Nos. 199, 268.) The Court need not reconsider them here. In addition, Defendant suggests her personal circumstances warrant continued release pending appeal. (*See* Dkt. No. 289 at 14.) While the Court is sympathetic to Defendant and her situation, it does not warrant the relief she seeks (in accordance with § 3143(b)(1)(B)).

Thus, the Court DENIES Defendant's motion for continued release pending appeal (Dkt. No. 289).

DATED this 11th day of May 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0233-JCC-1
PAGE - 2