IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    Case №: 1:22-CR-00233-1-JLT
                               )    CA Case №: 26-2940
          Plaintiff,           )
                               )          O R D E R
     vs.                       )    APPOINTING COUNSEL
                               )
SHANA GAVIOLA,                 )
                               )
          Defendant.           )
                               )

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Karen Landau, be appointed to represent the above defendant in this case effective *nunc pro tunc* to June 22, 2026.

This appointment shall remain in effect until further order of this court.

DATED:  6/22/2026

_____
HON. JOHN C. COUGHENOUR
United States Senior District Judge

-1-