THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANA GAVIOLA,<br>Defendant. | CASE NO. 1:22-cr-00233-JCC-1<br>ORDER |

This matter comes before Court on Defendant's unopposed motion to extend her self-surrender date (Dkt. No. 297). Defendant's newly appointed counsel so requests to allow her time to review the record, before renewing a motion for release pending appeal. (*Id.* at 1–2.) In so moving, counsel fails to address the requirements for such an extension, including those provided in 18 U.S.C. § 3143(b) and/or 18 U.S.C. § 3145(c). Nevertheless, finding good cause for a *brief* extension, the Court GRANTS the motion (Dkt. No. 297). Defendant shall surrender to the Federal Medical Center at Carswell, Texas (or any other facility so designated by the Bureau of Prisons) no later than August 24, 2026.[1]

//

//

[1] Defendant's conditions of release remain in force.

It is so ORDERED this 13th day of July 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE