THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANA GAVIOLA,

Defendant.

CASE NO. 1:22-cr-00233-JCC-1

ORDER

This matter comes before the Court on Defendant Shana Gaviola's motion to extend her self-surrender date by an additional 21 days, from August 24, 2026, to September 15, 2026 (Dkt. No. 314). In light of the prior accommodations made, delaying the self-surrender date to July 22, 2026, and later extending it to August 24, 2026, (*see* Dkt. Nos. 283, 298, 310), the Court cannot countenance an additional extension. Accordingly, the motion (Dkt. No. 314) is DENIED. Defendant's self-surrender date remains August 24, 2026.

It is so ORDERED this 19th day of August 2026.



John C. Coughenour
UNITED STATES DISTRICT JUDGE